# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0414. CLIFFORD WILLIAMS v. THE STATE.**

In 2013, Clifford Williams pleaded guilty under the First Offender Act to driving under the influence, being a habitual violator, and misdemeanor fleeing. In 2015, his first offender status was revoked, and he received a sentence which included probation. The trial court later conducted two probation revocations, and Williams's sentence ultimately expired in October 2019. In 2023, Williams filed motions styled "Urgent Motion to Nullify Void Judgment" and "Amended Motion to Vacate Void Sentences and Withdraw Guilty Plea" in the two probation revocation cases.[1] The trial court dismissed the motions as untimely, and Williams appeals. We, however, lack jurisdiction.

Because the underlying subject matter of this appeal is the revocation of Williams's probation, he was required to file an application for discretionary appeal to obtain review in this Court. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

---

[1] Williams filed the same motions in his original criminal case. The trial court dismissed those motions, and Williams filed a notice of appeal. That direct appeal has been docketed in this Court as Case No. A25A0161.

Williams's failure to follow the discretionary appeal procedure deprives us of jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/23/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*